## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **NESSIA DILLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **1:18-cv-00752-MLB** |
| **V.** | ) | |
| | ) | |
| **LEROY SMITH, JR., and** | ) | |
| **MARTEN TRANSPORT, LTD.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(A)(ii)

NOW COME the parties NESSIA DILLARD, LEROY SMITH, JR., AND MARTEN TRANSPORT, LTD., through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii) jointly file this Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(A)(ii) as to the entire case.

### CERTIFICATE OF FONT COMPLIANCE

The undersigned counsel hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Century Schoolbook font, 12 point.

Dated: August 29, 2018.

Respectfully Submitted,


*/s/ Mitchell E. McGough*
Mitchell E. McGough
Georgia Bar No.: 460942
Mitchell E McGough Law, LLC

945 East Paces Ferry Road, N.E.
Suite 2250 Resurgens Plaza
Atlanta, GA 30326
T: 404-994-4357
F: 404-600-1287
mitchell@mitchellmcgoughlaw.com
*Attorney for Plaintiff Nessia Dillard*

*/s/ Richard C. Foster*
Richard C. Foster, Esq.
Georgia Bar No.:  271057
Swift Currie, McGhee & Hiers, LLP
1355 Peachtree Street, Suite 30309
Atlanta, Georgia 30308
T:  (404) 874-8800
F:  (404) 888-6199
richie.foster@swiftcurrie.com
*Attorney for Defendants Marten Transport, Ltd. and Leroy Smith, Jr.*

## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **NESSIA DILLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **1:18-cv-00752-MLB** |
| **V.** | ) | |
| | ) | |
| **LEROY SMITH, JR., and** | ) | |
| **MARTEN TRANSPORT, LTD.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard C. Foster, Esq.
Swift Currie, McGhee & Hiers, LLP
1355 Peachtree Street, Suite 30309
Atlanta, Georgia 30308

Dated: August 29, 2018.

Respectfully Submitted,

*/s/ Mitchell E. McGough*
Mitchell E. McGough
Georgia Bar No.: 460942

3